# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINIOS

In re:  JASON W. RITTER § Case No. 12-82621
       CARRIE L. RITTER §
                               §
            Debtors §

## CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT

Lydia S. Meyer, chapter 13 trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 U.S.C § 1302(b)(1).  The trustee declares as follows:

1) The case was filed on 07/05/2012.

2) The plan was confirmed on 11/16/2012.

3) The plan was modified by order after confirmation pursuant to 11 U.S.C § 1329 on NA.

4) The trustee filed action to remedy default by the debtor in performance under the plan on 05/03/2013.

5) The case was dismissed on 08/23/2013.

6) Number of months from filing or conversion to last payment: 12.

7) Number of months case was pending: 16.

8) Total value of assets abandoned by court order: NA.

9) Total value of assets exempted: $1,185.00.

10) Amount of unsecured claims discharged without full payment: $0.00.

11) All checks distributed by the trustee relating to this case have cleared the bank.

UST Form 101-13-FR-S (9/1/2009)

| Receipts: | | |
|---|---|---|
| Total paid by or on behalf of the debtor | $ 4,325.00 | |
| Less amount refunded to debtor | $ 0.00 | |
| **NET RECEIPTS** | | $ 4,325.00 |

| Expenses of Administration: | | |
|---|---|---|
| Attorney's Fees Paid Through the Plan | $ 1,261.60 | |
| Court Costs | $ 0.00 | |
| Trustee Expenses & Compensation | $ 233.49 | |
| Other | $ 0.00 | |
| **TOTAL EXPENSES OF ADMINISTRATION** | | $ 1,495.09 |
| Attorney fees paid and disclosed by debtor: | $ 1,300.00 | |

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|---|---|---|
| ERIC PRATT LAW FIRM PC | Lgl | 3,500.00 | 3,500.00 | 3,500.00 | 1,261.60 | 0.00 |
| ALLY FINANCIAL | Sec | 15,763.00 | 15,763.11 | 15,763.00 | 878.35 | 1,177.72 |
| ALLY FINANCIAL | Uns | 0.00 | 0.00 | 0.11 | 0.00 | 0.00 |
| FORD MOTOR CREDIT CORP | Sec | 7,228.20 | 7,228.20 | 7,228.20 | 464.66 | 309.18 |
| ACL LABORATORIES | Uns | 25.00 | NA | NA | 0.00 | 0.00 |
| ADVOCATE GOOD SHEPHERD | Uns | 400.00 | NA | NA | 0.00 | 0.00 |
| ADVOCATE HEALTH CARE | Uns | 200.00 | NA | NA | 0.00 | 0.00 |
| ADVOCATE LUTHERAN GENERAL | Uns | 544.00 | NA | NA | 0.00 | 0.00 |
| ADVOCATE MEDICAL GROUP | Uns | 16.00 | NA | NA | 0.00 | 0.00 |
| ALLIANCE ONE | Uns | 1,178.00 | NA | NA | 0.00 | 0.00 |
| PORTFOLIO RECOVERY | Uns | 145.00 | 193.95 | 193.95 | 0.00 | 0.00 |
| BARRINGTON SURGEONS LTD | Uns | 130.00 | NA | NA | 0.00 | 0.00 |
| CAVALRY PORTFOLIO SERVICES | Uns | 1,540.00 | 1,714.45 | 1,714.45 | 0.00 | 0.00 |
| CAVALRY PORTFOLIO SERVICES | Uns | 0.00 | 1,711.85 | 1,711.85 | 0.00 | 0.00 |
| PORTFOLIO RECOVERY | Uns | 1,177.00 | 1,177.22 | 1,177.22 | 0.00 | 0.00 |
| PORTFOLIO RECOVERY | Uns | 900.00 | 900.14 | 900.14 | 0.00 | 0.00 |
| CARING FAMILY | Uns | 142.00 | NA | NA | 0.00 | 0.00 |
| CARY DENTAL ASSOC | Uns | 511.00 | NA | NA | 0.00 | 0.00 |

UST Form 101-13-FR-S (9/1/2009)

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|---|---|---|
| CENTEGRA HEALTH SYSTEM | Uns | 610.00 | NA | NA | 0.00 | 0.00 |
| CENTEGRA HOSPITAL , | Uns | 2,022.00 | NA | NA | 0.00 | 0.00 |
| CHILDRENS MEMORIAL MEDICAL | Uns | 32.00 | NA | NA | 0.00 | 0.00 |
| CLIENT SERVICES INC | Uns | 1,000.00 | NA | NA | 0.00 | 0.00 |
| CREDTRS COLL | Uns | 10.00 | NA | NA | 0.00 | 0.00 |
| DANIEL J PESAVENTO MD | Uns | 390.00 | NA | NA | 0.00 | 0.00 |
| DERICK DERMATOLOGY | Uns | 80.00 | NA | NA | 0.00 | 0.00 |
| DERMATOLOGY & DERMATOLOGIC | Uns | 20.00 | NA | NA | 0.00 | 0.00 |
| FFCC - COLUMBUS INC | Uns | 202.00 | NA | NA | 0.00 | 0.00 |
| FOX VALLEY INTERNAL MEDICINE | Uns | 40.00 | NA | NA | 0.00 | 0.00 |
| PORTFOLIO RECOVERY | Uns | 1,444.00 | 1,444.08 | 1,444.08 | 0.00 | 0.00 |
| PORTFOLIO RECOVERY | Uns | 994.00 | 994.19 | 994.19 | 0.00 | 0.00 |
| H & R ACCOUNTS | Uns | 100.00 | NA | NA | 0.00 | 0.00 |
| HSBC BANK | Uns | 1,190.00 | NA | NA | 0.00 | 0.00 |
| AMERICAN INFOSOURCE LP as agent | Uns | 697.00 | 734.56 | 734.56 | 0.00 | 0.00 |
| HSBC MASTERCARD | Uns | 1,152.00 | NA | NA | 0.00 | 0.00 |
| IC SYSTEMS INC | Uns | 280.00 | NA | NA | 0.00 | 0.00 |
| JC CHRISTIANSEN & ASSOC | Uns | 1,230.00 | NA | NA | 0.00 | 0.00 |
| JOHNSON EYE CARE | Uns | 67.00 | NA | NA | 0.00 | 0.00 |
| BECKET & LEE LLP | Uns | 619.00 | 619.11 | 619.11 | 0.00 | 0.00 |
| M SHAKEEL DDS | Uns | 235.00 | NA | NA | 0.00 | 0.00 |
| MBB | Uns | 70.00 | NA | NA | 0.00 | 0.00 |
| MIDLAND CREDIT MANAGEMENT | Uns | 730.00 | NA | NA | 0.00 | 0.00 |
| AMERICAN INFOSOURCE LP as agent | Uns | 1,881.00 | 1,880.93 | 1,880.93 | 0.00 | 0.00 |
| PEDIATRIC ANESTHESIA ASSOC | Uns | 107.00 | NA | NA | 0.00 | 0.00 |
| PEDIATRIC ASSOC OF BARRINGTON | Uns | 271.00 | NA | NA | 0.00 | 0.00 |
| PHYSIOTHERAPY ASSOCIATES | Uns | 22.00 | NA | NA | 0.00 | 0.00 |
| PORTFOLIO RECOVERY | Uns | 551.00 | 550.50 | 550.50 | 0.00 | 0.00 |
| PROFESSIONAL RECOVERY | Uns | 620.00 | NA | NA | 0.00 | 0.00 |
| PROFESSIONAL SERVICE BUREAU | Uns | 920.00 | NA | NA | 0.00 | 0.00 |
| RACHELLE D HARDY DDS | Uns | 42.00 | NA | NA | 0.00 | 0.00 |
| RJM ACQUISITIONS LLC | Uns | 55.00 | 55.85 | 55.85 | 0.00 | 0.00 |
| RJM ACQUISITIONS LLC | Uns | 56.00 | NA | NA | 0.00 | 0.00 |
| SEARS / CBNA | Uns | 8,135.00 | NA | NA | 0.00 | 0.00 |
| SEARS / CBNA | Uns | 1,837.00 | NA | NA | 0.00 | 0.00 |

UST Form 101-13-FR-S (9/1/2009)

Scheduled Creditors:

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|---|---|---|
| ST CLARE HOSPITAL | Uns | 1,065.00 | NA | NA | 0.00 | 0.00 |
| TRANSWORLD SYSETMS INC | Uns | 60.00 | NA | NA | 0.00 | 0.00 |
| TRI COUNTY EMERGENCY | Uns | 48.00 | NA | NA | 0.00 | 0.00 |
| UNITED RECOVERY SYSTEMS | Uns | 8,140.00 | NA | NA | 0.00 | 0.00 |
| WELLINGTON RADIOLOGY GROUP | Uns | 0.00 | NA | NA | 0.00 | 0.00 |
| AMERICAN INFOSOURCE LP as agent | Uns | 0.00 | 687.75 | 687.75 | 0.00 | 0.00 |
| INTERNAL REVENUE SERVICE | Pri | 0.00 | 1,890.00 | 1,890.00 | 0.00 | 0.00 |
| US DEPARTMENT OF EDUCATION | Uns | 0.00 | 17,499.31 | 0.00 | 0.00 | 0.00 |
| US DEPT OF EDUCATION | Uns | 0.00 | 2,648.12 | 0.00 | 0.00 | 0.00 |

UST Form 101-13-FR-S (9/1/2009)

**Summary of Disbursements to Creditors:**

|  | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|
| **Secured Payments:** | | | |
| Mortgage Ongoing | $ 0.00 | $ 0.00 | $ 0.00 |
| Mortgage Arrearage | $ 0.00 | $ 0.00 | $ 0.00 |
| Debt Secured by Vehicle | $ 22,991.20 | $ 1,343.01 | $ 1,486.90 |
| All Other Secured | $ 0.00 | $ 0.00 | $ 0.00 |
| **TOTAL SECURED:** | $ 22,991.20 | $ 1,343.01 | $ 1,486.90 |
| **Priority Unsecured Payments:** | | | |
| Domestic Support Arrearage | $ 0.00 | $ 0.00 | $ 0.00 |
| Domestic Support Ongoing | $ 0.00 | $ 0.00 | $ 0.00 |
| All Other Priority | $ 1,890.00 | $ 0.00 | $ 0.00 |
| **TOTAL PRIORITY:** | $ 1,890.00 | $ 0.00 | $ 0.00 |
| **GENERAL UNSECURED PAYMENTS:** | $ 12,664.69 | $ 0.00 | $ 0.00 |

**Disbursements:**

| | |
|---|---|
| Expenses of Administration | $ 1,495.09 |
| Disbursements to Creditors | $ 2,829.91 |
| **TOTAL DISBURSEMENTS:** | $ 4,325.00 |

UST Form 101-13-FR-S (9/1/2009)

      12) The trustee certifies that, pursuant to Federal Rule of Bankruptcy Procedure 5009, the estate has been fully administered, the foregoing summary is true and complete, and all administrative matters for which the trustee is responsible have been completed. The trustee requests a final decree be entered that discharges the trustee and grants such other relief as may be just and proper.

Date: 11/21/2013      By: /s/ Lydia S. Meyer
                                          Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

UST Form 101-13-FR-S (9/1/2009)